WILLIAM E. MURPHY, Respondent, *v.* JOHN HOFMAN COMPANY, Appellant.

*Murphy v. Hofman Co.,* 177 App. Div. 380, affirmed.
(Argued October 4, 1918; decided October 22, 1918.)

APPEAL from a judgment, entered March 28, 1917, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, a jury having been waived, and directing judgment in favor of plaintiff for a sum specified in an action to recover damages alleged to have been sustained by plaintiff by reason of the conversion of certain show cases. (See 215 N. Y. 185.)

*James Farrell* for appellant.

*John T. Norton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ. Not voting: HISCOCK, Ch. J.